

# NUMBER 13-22-00244-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SORAYA O. CARBONE COCIGLIO,                                    Appellant,

v.

JOSE CORREA,                                                  Appellee.

## On appeal from the County Court at Law No. 4
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Tijerina

This matter is before the court on appellant's motion for extension, which the court construes as a motion to extend the time to cure defects in the notice of appeal, and appellee's motion to dismiss. On May 31, 2022, the Clerk of the Court notified appellant that her notice of appeal was not in compliance with the Texas Rules of Appellate

Procedure 9.1 and 9.5. Appellant was provided thirty days from the first notice to cure the defects, if it could be done; appellant has been granted three extensions to cure the defects in the notice of appeal. On December 8, 2022, we granted the most recent extension by order providing that failing to file an amended notice of appeal within ten days will result in dismissal of this matter. *See* TEX. R. APP. P. 42.3(b),(c).

Appellant failed to cure the defect in her notice of appeal other than to request additional time and has failed to state sufficient cause for such delay. Appellant's motion for extension of time is denied, and appellee's motion to dismiss is granted. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c). Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

JAIME TIJERINA
Justice

Delivered and filed the
12th day of January, 2023.